**James B. VEASAW, Plaintiff–Appellant,**

v.

**UNITED STATES of America and Christopher Cox, Chairman, United States Securities and Exchange Commission, Defendants–Appellees.**

No. 09–20593
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 20, 2010.

James B. Veasaw, Humble, TX, pro se.

William Emerson Yahner, Marcus Devereaux Campbell, U.S. Attorney's Office, Houston, TX, for Defendants–Appellees.

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM: *

Appellant fails to address in his brief to this court any errors in the district court's opinion and order dismissing appellant's suit. Accordingly, we grant the motion of appellees for summary affirmance.

The judgment of the district court is therefore AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.